IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ISRAEL BERNAL and MARICA BERNAL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CONSUMER PORTFOLIO SERVICES, INC. ) <br> and STATEWIDE RECOVERY ) <br> SPECIALISTS, LLC, ) <br> ) <br> Defendants. ) | Case No.: 2:18-cv-00891-PP <br><br> The Honorable Pamela Pepper |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Israel Bernal and Marcia Bernal ("Plaintiffs"), by counsel, and Defendants Consumer Portfolio Services, Inc. and Statewide Recovery Specialists, LLC ("Defendants"), by counsel, (collectively, the "Parties") hereby inform the Court that the Parties have reached a settlement of this action in principle. The Parties are in the process of drafting and exchanging documents and expect that a stipulation or unopposed motion for voluntary dismissal will be submitted to the Court within forty-five (45) days. In the interim, the Parties have agreed that Defendants do not need to file a response to Plaintiffs' Complaint or Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction.

WHEREFORE, the Parties jointly and respectively request that the Court not take any further action on this case and that the Court close the case administratively until a stipulation or unopposed motion for voluntary dismissal with prejudice is filed.

Respectfully submitted,

| ISRAEL BERNAL and MARCIA BERNAL | CONSUMER PORTFOLIO SERVICES, INC. and STATEDWIDE RECOVERY SPECIALISTS, LLC |
|---|---|
| By: /s/ *Mark A. Eldridge* <br>     One of its attorneys | By: /s/ *Jeffrey D. Pilgrim* <br>     One of its attorneys |
| John D. Blythin <br> Mark A. Eldridge <br> Jesse Frutcher <br> Ben J. Slatky <br> Ademi & O'Reilly, LLP <br> 3620 East Layton Ave <br> Cudahy, Wisconsin 53110 <br> Phone: (414) 482-8000 <br> Fax: (414) 482-8001 <br> jblythin@ademilaw.com <br> meldridge@ademilaw.com <br> jfrutcher@ademilaw.com <br> bslatky@ademilaw.com | Jeffrey D. Pilgrim <br> Pilgrim Christakis LLP <br> 321 North Clark Street, 26th Floor <br> Chicago, Illinois 60654 <br> Phone: (312) 939-0923 <br> Fax: (312) 939-0983 <br> jpilgrim@pilgrimchristakis.com |

2

**CERTIFICATE OF SERVICE**

   Jeffrey D. Pilgrim, an attorney, certifies that on October 30, 2018, he electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all attorneys of record.

                  */s/ Jeffrey D. Pilgrim*